MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
         tenesa.scaturro@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>Plaintiff,<br>vs.<br><br>AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00393-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE TIME FOR PLAINTIFF BANK OF AMERICA, N.A. TO RESPOND TO DEFENDANT AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS [ECF NO. 21]**<br><br>**(First Request)** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**) and defendant Auburn and Bradford at Providence Homeowners' Association (**Auburn**) hereby stipulate and agree as follows:

. . .

. . .

. . .

. . .

{38210583;1}

The parties hereby stipulate and agree BANA's time to respond to Auburn's motion to dismiss filed April 20, 2016, (ECF No.  #21) shall be continued from May 9, 2016 until May 23, 2016.

This is the first request for an extension of this deadline.  BANA requests the additional time to afford it the opportunity to adequately respond to Auburn's motion to dismiss in a coordinated manner, as the same or similar motion by these and similarly-situated parties have been filed in other cases.  The parties submit this request in good faith without the purpose of undue delay.

DATED this 6th day of May, 2016

| | |
|---|---|
| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
| */s/ Tenesa S. Scaturro, Esq.* | */s/ Megan H. Hummel, Esq.* |
| MELANIE D. MORGAN, ESQ. | JOSEPH P. GARIN, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 6653 |
| TENESA S. SCATURRO, ESQ. | J. WILLIAM EBERT, ESQ. |
| Nevada Bar No. 12488 | Nevada Bar No. 2697 |
| 1160 Town Center Drive, Suite 330 | MEGAN H. HUMMEL, ESQ. |
| Las Vegas, NV 89144 | Nevada Bar No. 12404 |
| | 9900 Covington Cross Drive, Suite 120 |
| *Attorneys for Plaintiff Bank of America, N.A.* | Las Vegas, NV 89144 |
| | *Attorneys for Defendant Auburn and Bradford at Providence Homeowners' Association* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated:  May 6, 2016

{38210583;1}