CHRISTOPHER V. YERGENSEN, ESQ.
Nevada State Bar Number 6183
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, NV 89146
Telephone: (702) 804-8885
Facsimile: (702) 804-8887
Email: chris@nas-inc.com

*Attorney for Defendant Nevada Association Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. , successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br>vs.<br>AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | CASE NO.: 2:16-cv-393<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NEVADA ASSOCIATION SERVICES, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**Second Request** |

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

(Second Request)

The parties respectfully submit the following Stipulation to allow Defendant NEVADA ASSOCIATION SERVICES, INC. ("Defendant") thirty additional days from the date of entry of this order to file a responsive pleading to Plaintiff BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP'S (hereinafter "Plaintiff"), Complaint filed on February 25, 2016. Pursuant to Stipulation of the parties, Defendant shall have until June 1, 2016.

**Reason for this Request**

Nevada Association Services, Inc. ("NAS") and Bank of America (together with NAS, the

"Parties") agreed to extend time to file responsive pleadings to allow NAS an opportunity to tender its defense to the Auburn & Bradford (the "Association") and allow the Association ample time to either accept or reject NAS' tender. Based on the Association's declination or failure to respond to NAS' tender, the Parties now submit their Stipulation and Order to allow NAS time to file its responsive pleadings.

This is the parties' first request for an extension.

DATED this 31st day of March, 2016.

By: /s/Steven G. Shevorski
Steven G. Shevorski, Esq.
Nevada Bar No. 8256
Akerman, LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: 702-634-5000
Facsimile: 702-380-8572
*Attorney for Plaintiff*

By: /s/Christopher V. Yergensen
Christopher V. Yergensen, Esq.
Nevada Bar No. 6183
Nevada Association Services, Inc.
6224 West Desert Inn Road
Las Vegas, NV 89146
Telephone: 702-804-8885
Facsimile: 702-804-8887
*Attorney for Defendant Nevada Association Services, Inc.*

Defendant shall have until June 1, 2016, to file its responsive pleading to Plaintiff's Complaint.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 16, 2016

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION AND ORDER