LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
bebert@lipsonneilson.com
mhummel@lipsonneilson.com

*Attorneys for Defendant AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>vs.<br><br>AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | CASE NO.: 2:16-cv-00393<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION TO FILE REPLY TO BANK OF AMERICA, N.A.'S OPPOSITION TO MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Bank of America, N.A., and Defendant Auburn and Bradford at Providence Homeowners' Association, by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant Auburn and Bradford at Providence Homeowners' Association to file Reply to Plaintiff Bank of America, N.A. Opposition to Defendant Auburn and Bradford at Providence

Homeowners' Association's Motion to Dismiss [ECF No. 21] (Docket No. 38) shall be extended until **June 8, 2016.** The current deadline is June 2, 2016. Bank of America, N.A. Opposition to Defendant Auburn and Bradford at Providence Homeowners' Association was originally filed on May 23, 2016.

This is the parties' first request for extension and is not intended to cause any delay or prejudice to any party.

DATED this 26th day of May, 2016.

AKERMAN, LLP

*/s/ Tenesa S. Scaturro*
BY: _____
Melanie D. Morgan, Esq.
Tenesa S. Scaturro, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

Dated this 26th day of May, 2016.

LIPSON, NEILSON, COLE, SELTZER & GARIN PC

*/s/ Megan H. Hummel*
By: _____
Joseph P. Garin, Esq.
J. William Ebert, Esq.
Megan H. Hummel, Esq.
9900 Covington Cross Dr., Ste.120
Las Vegas, Nevada 89144
*Attorneys for Cross-Defendants,*
*Auburn and Bradford at Providence*
*Homeowners Association*

### ORDER

IT IS SO ORDERED.

DATED this 27th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE