# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

        Plaintiff(s),

vs.

AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION, et al.,

        Defendant(s).

Case No. 2:16-cv-00393-APG-NJK

ORDER

Pending before the Court is a discovery plan. Docket No. 40. The Court will calculate the pertinent deadlines in this instance from the date of the filing of the motion to dismiss on April 20, 2016. Docket No. 21. Accordingly, the Court **SETS** the deadlines as follows:

- Amend pleadings/add parties: July 19, 2016
- Initial experts: August 18, 2016
- Joint interim status report: August 18, 2016
- Rebuttal experts: September 19, 2016
- Discovery cutoff: October 17, 2016
- Dispositive motions: November 16, 2016
- Joint proposed pretrial order: December 16, 2016

IT IS SO ORDERED.

DATED: May 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge