# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00393-APG-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS ASSOCIATION, *et al.*, | |
| Defendants. | |

IT IS ORDERED that the stay I previously entered in this case (ECF No. 79) does not apply to cross-claimant SFR Investments Pool 1, LLC's efforts to serve cross-defendants Donald A. Novick and Laurene Novick by publication.  SFR Investments Pool 1, LLC shall timely serve process by publication and file proof of service.

DATED this 23rd day of August, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE