MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.,*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>Plaintiff,<br>vs.<br><br>AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00393-APG-NJK<br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP; DONALD A. NOVICK, an individual; and LAURENE NOVICK, an individual,<br><br>Counter/Cross Defendants. | |

Plaintiff Bank of America, N.A., by and through its attorneys of record, the law firm Akerman LLP, hereby give notice that Miles N. Clark, Esq. is no longer associated attorneys.

{41776548;1}

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Akerman, LLP continues to serve as counsel for Plaintiff Bank of America, N.A., in this action. All future correspondence and papers in this action should continue to be directed to Melanie D. Morgan, Esq. and Jamie K. Combs, Esq., of Akerman, LLP.

Respectfully submitted, this 16th day of May, 2017.

**AKERMAN LLP**

/s/ Jamie K. Combs
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: May 17, 2017

_____
UNITED STATES MAGISTRATE JUDGE