# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

    Plaintiff(s),

v.

AUBURN AND BRADFORD AT PROVIDENCE HOMEOWNERS' ASSOCIATION, et al.,

    Defendant(s).

Case No.: 2:16-cv-00393-APG-NJK

**Order**

[Docket No. 93]

Pending before the Court is a motion by Christopher Yergensen to withdraw as counsel for Defendant Nevada Association Services. Docket No. 93. Corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). It is unclear whether Defendant Nevada Association Services wishes to participate further in this litigation and, if so, what counsel will be representing it. *Cf. Nationstar Mtg., LLC v. Sunrise Ridge*, Case No. 2:16-cv-00876-RFB-NJK, Docket Nos. 57, 58 (D. Nev. Mar. 14, 2019). The Court hereby **DEFERS** ruling on Mr. Yergensen's motion to withdraw. No later than April 18, 2019, Defendant Nevada Association Services shall file a notice indicating whether it intends to defend this action further and, if so, what counsel will be representing it in doing so. To the extent Defendant Nevada Association Services does not intend to participate in this case further, it shall immediately meet-and-confer regarding the potential filing of a stipulation for default judgment. If a stipulation for default judgment is filed before April 18, 2019, no further response to this order will be required. **FAILURE BY DEFENDANT NEVADA**

1

**ASSOCIATION SERVICES TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

Lastly, Mr. Yergensen shall serve a copy of this order on Defendant Nevada Association Services, and shall file a proof of service by April 5, 2019.

IT IS SO ORDERED.

Dated: April 4, 2019

_____
Nancy J. Koppe
United States Magistrate Judge