# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Bank of America, N.A.

              Plaintiff,

v.

Auburn and Bradford at Providence Homeowners' Association, et al.

              Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-00393-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of SFR Investments Pool 1, LLC and against Donald A. Novick and Laurene Novick as follows:

It is hereby declared that the homeowners association's non-judicial foreclosure sale conducted on January 25, 2013 extinguished any interest Donald A. Novick and Laurene Novick had in the property located at 6616 MacDoogle Street in Las Vegas, Nevada.

| | |
|---|---|
| 2/20/20 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |